

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

No. 04-13-00240-CV

**IN THE INTEREST OF B.A.M.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 1995-CI-13100
Honorable Jim Rausch, Judge Presiding

## O R D E R

Linda E. Moreno appeals the trial court's order confirming child support signed August 28, 2012. Moreno did not file a timely motion that would have extended the appellate timetable. *See* TEX. R. CIV. P. 329b(g); TEX. R. APP. P. 26.1(a). The notice of appeal was therefore due September 27, 2012, or a motion for extension of time to file the notice of appeal was due within fifteen days thereafter. *See* TEX. R. APP. P. 26.1, 26.3. Moreno did not file a timely notice of appeal or a motion for extension of time to file the notice of appeal. However, on April 16, 2013, Moreno filed a notice of appeal.

A timely notice of appeal must be filed in order to invoke this court's jurisdiction. *See Sweed v. Nye*, 323 S.W.3d 873 (Tex. 2010). "Once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.* Because Moreno did not file her notice of appeal until more than seven months after the appealable order was signed, it appears we do not have jurisdiction over this appeal.

We therefore **order** appellant Linda Moreno to file a response by **May 9, 2013**, showing cause why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). Appellant has the burden to request and pay the trial court clerk to prepare a clerk's record containing all necessary pleadings and orders to establish this court's jurisdiction. Appellant must file a copy of any such request with this court.

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.



Keith E. Hottle
Clerk of Court